# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **MITCHELL FOWLER,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **5:22-cr-00031-TES-CHW-1** |

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL

Before the Court is a Joint Motion to Continue [Doc. 15], filed by the Government. On June 15, 2022, the Government obtained an indictment against Defendant containing sixty-five counts of Misapplication by a Bank Employee and nine counts of Embezzlement by a Bank Employee, all in violation of 18 U.S.C. § 656. [Doc. 1]. Defendant pled "Not Guilty" on June 29, 2022. [Doc. 7].

The Government seeks a continuance so that it may serve discovery on Defendant as outlined in the Standard Pretrial Order. [Doc. 9]. Once received, counsel for Defendant will need additional time to fully review discovery, conduct any required investigation, or negotiate a potential resolution of the case prior to the Court's next regularly scheduled trial term. Accordingly, the Court **GRANTS** the Joint Motion to Continue [Doc. 15], and this case and its pretrial conference are **CONTINUED** to the

Court's next regularly scheduled Trial Term—October 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 7th day of July, 2022.

> S/ Tilman E. Self, III
> **TILMAN E. SELF, III, JUDGE**
> **UNITED STATES DISTRICT COURT**